**No. 10-1462. Robert C. Konop, Petitioner v. Hawaiian Airlines, Inc.**

565 U.S. 822, 132 S. Ct. 110, 181 L. Ed. 2d 36, 2011 U.S. LEXIS 5356.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 248.

**No. 10-1463. Antonio Villanueva-Diaz, Petitioner v. United States.**

565 U.S. 823, 132 S. Ct. 110, 181 L. Ed. 2d 36, 2011 U.S. LEXIS 5456.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 634 F.3d 844.

**No. 10-1465. Herbert Fletcher, Petitioner v. United States.**

565 U.S. 823, 132 S. Ct. 110, 181 L. Ed. 2d 36, 2011 U.S. LEXIS 5230.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-1466. Ministerial Day Care Association, Petitioner v. Ohio Department of Education.**

565 U.S. 823, 132 S. Ct. 110, 181 L. Ed. 2d 36, 2011 U.S. LEXIS 5330.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 10-1467. Personal Care Products, Inc., et al., Petitioners v. Albert**

Hawkins, Commissioner, Texas Health and Human Services Commission, et al.

565 U.S. 823, 132 S. Ct. 111, 181 L. Ed. 2d 36, 2011 U.S. LEXIS 5463.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 635 F.3d 155.

**No. 10-1468. Dallas County, Texas, Petitioner v. Mark Duvall.**

565 U.S. 823, 132 S. Ct. 111, 181 L. Ed. 2d 36, 2011 U.S. LEXIS 5421.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 631 F.3d 203.

**No. 10-1469. Vincent L. Abell, Petitioner v. Maria-Theresa Wilson.**

565 U.S. 823, 132 S. Ct. 111, 181 L. Ed. 2d 36, 2011 U.S. LEXIS 5544,

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 997 A.2d 37.

**No. 10-1470. Timothy E. McMenamin, Petitioner v. Erica McMenamin.**

565 U.S. 823, 132 S. Ct. 111, 181 L. Ed. 2d 36, 2011 U.S. LEXIS 5491.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 239 Or. App. 362, 246 P.3d 520.